# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      :
     :
    *versus*      :    CRIMINAL NO. 17-138-JWD-EWD
     :
LARRY EVANS      :

## RULING AND ORDER

Defendant Larry Evans, who was serving a term of supervised release following his conviction of possession of marijuana with intent to distribute, was arrested on a revocation petition submitted by the United States Probation Office (USPO). On order of Magistrate Judge Erin Wilder-Doomes, he was ordered detained pending a final revocation hearing. Defendant was subsequently found incompetent to proceed and was committed to the custody of the Attorney General to be hospitalized for evaluation regarding restoration of competency. Based on the evaluation of the defendant at the Federal Medical Center at Butner, North Carolina, ("FMC Butner"), the Court found that there was not a substantial probability that defendant's competency would be restored within a reasonable period of time.

The Court thereafter committed defendant to the custody of the Attorney General for the purpose of a psychological or psychiatric examination to determine whether he should be civilly committed because he was suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property. At the conclusion of the examination, the director of FMC Butner did not file a certificate for civil commitment pursuant to 18

U.S.C. § 4246.  As a result, defendant has been returned to this district for the resumption of the pending revocation proceedings.

A status conference was held this date via Zoom with counsel for both parties and representatives of the USPO.  At the conference, the United States made an oral motion for dismissal of the revocation petition.  Additionally, counsel for both parties represented that the parties do not object to early termination of defendant's supervised release as recommended by the USPO.

In consideration of the foregoing,

**IT IS ORDERED** that, on oral motion of the United States, the petition for revocation of defendant's supervised release (Doc. 4) is hereby dismissed and the order of detention (Doc. 11) is therefore revoked.

**IT IS FURTHER ORDERED**, on recommendation of the USPO, that defendant's term of supervised release is hereby terminated pursuant to 18 U.S.C. § 3583(e)(1).

Signed in Baton Rouge, Louisiana, on August 24, 2020.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT JUDGE**